# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2014

## NO. 03-11-00635-CV

**City of Dallas, Texas, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND HENSON
### JUSTICE HENSON, NOT PARTICIPATING
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order signed by the trial court on October 5, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.